IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2019 OCT -1  A 11: 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | MISC NO. 2:19-mc-3895-ALB |
| v. ) | |
| ) | |
| ROOT STAFF CORPORATION, ) | |
| BOSTON, MA, ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| MARCUS HURRY, ) | |
| ) | |
| Defendant. ) | |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment in Criminal Case No. 2:12CR000063-001 entered against the defendant, Marcus Hurry; the last four digits of defendant's Social Security Number are XXX-XX-8292; whose last known address is 1370 Santa Victoria Road, Unit #3, Chula Vista, California 91913, in the above cited action in the amount of $55,215.91, plus costs. There is a balance due of $26,090.91, as of September 30, 2019.

Demand for payment of the above stated debt was made upon the debtor not less than 30 days from September 30, 2019, but defendant has failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non-exempt interest.

The name and address of the Garnishee or his authorized agent is:

Root Staff Corporation
101 Federal Street
Suite 1900
Boston, MA 02110

DATED: September 30, 2019.

                LOUIS V. FRANKLIN, SR.
                UNITED STATES ATTORNEY

BY:      /s/ James J. Dubois

                JAMES J. DUBOIS
                Chief, Civil Division
                Assistant United States Attorney
                GA Ba Number 231445
                Post Office Box 197
                Montgomery, AL 36101-0197
                Telephone: (334) 223-7280
                Facsimile: (334) 223-7201
                E-Mail: JamesDubois2@usdoj.gov
                **Attorney for Plaintiff**