IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:19-mc-3895-ALB |
| ) | |
| ROOT STAFF CORPORATION, ) | |
| BOSTON, MA, ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| MARCUS HURRY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on the United States' motion to dismiss the Application for Writ of Garnishment as inadvertently filed. (Doc. 3). Accordingly, the motion is GRANTED and this action is DISMISSED.

**DONE** and **ORDERED** this 29th day of October 2019.

      /s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE